UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V REAL ESTATE GROUP, INC., a Nevada corporation, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No.: 2:14-CV-01096-RCJ-CWH <br><br> **MINUTE ORDER** <br> November 18, 2014 |

**MINUTE ORDER IN CHAMBERS**

On October 15, 2014, the Court entered Order (#35) denying Plaintiffs' Motion for Preliminary Injunction (#5).

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike Status Report on Recent Unavailability of EB-5 Visas for Alien Investors From China, or in the alternative, to Supplement Reply to Opposition to Motion for Preliminary Injunction (Nos. 27 & 28) are DENIED as MOOT.

IT IS SO ORDERED this 18th day of November, 2014.

_____
ROBERT C. JONES
District Judge