GORDON SILVER
MARK S. DZARNOSKI
Nevada Bar No. 3398
Email: mdzarnoski@gordonsilver.com
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| V REAL ESTATE GROUP, INC., a Nevada corporation, WELLCITY REALTY, INC., a Nevada corporation, FAIRTOP REALTY, INC., a Nevada corporation, RICHCORP REALTY, INC., a Nevada corporation, and WHISTLER REALTY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, Jeh Charles JOHNSON, Secretary, U.S. Dept. of Homeland Security; Leon RODRIGUEZ, Director, U.S. Citizenship & Immigration Services; Kathy BARAN, Director, U.S. Citizenship &Immigration Services, California Service Center, Nicholas COLUCCI, Chief, Immigrant Investor Program, U.S. Citizenship and Immigration Services, Eric HOLDER, U.S. Attorney General, Lori SCIALABBA, acting director, U.S. Citizenship &Immigration Services DOES I-X and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-01096-RCJ-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE** |

Plaintiffs, V REAL ESTATE GROUP, INC. ("VREG"), WELLCITY REALTY, INC. ("Wellcity"), FAIRTOP REALTY, INC. ("Fairtop"), RICHCORP REALTY, INC. ("Richcorp"), and WHISTLER REALTY, INC. ("Whistler," together with VREG, Wellcity, Fairtop, Richcorp, "Plaintiffs," herein), by and through counsel, the law firm of Gordon Silver, and Defendants UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, JEH CHARLES

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103302-001/2614704          1 of 3

JOHNSON, Secretary, U.S. Dept. of Homeland Security; LEON RODRIGUEZ, Director, U.S. Citizenship & Immigration Services; KATHY BARAN, Director, U.S. Citizenship & Immigration Services, California Service Center, NICHOLAS COLUCCI, Chief, Immigrant Investor Program, U.S. Citizenship and Immigration Services, ERIC HOLDER, U.S. Attorney General, LORI SCIALABBA, acting director, U.S. Citizenship & Immigration Services (collectively, the "Defendants"), by and through counsel, United States Department of Justice, hereby stipulate and agree that this Court should enter an Order of Dismissal of the Complaint on file herein, with prejudice.

In support of the Stipulation and Proposed Order, the Court is advised that the parties entered into a Settlement Agreement effective as of March 13, 2015 which resolves all of Plaintiffs' claims against all of the named Defendants.

Respectfully submitted this 20th day of March, 2015.

| GORDON SILVER | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION OFFICE OF IMMIGRATION LITIGATION |
|---|---|
| /s/ Mark S. Dzarnoski<br>Mark S. Dzarnoski, Nevada Bar No. 3398<br>Dylan T. Ciciliano, Nevada Bar No. 12348<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Tel: (702) 796-5555<br>Attorneys for Plaintiffs | /s/   Glenn M. Girdharry<br>Benjamin C. Mizer<br>Acting Assistant Attorney General<br>Glenn M. Girdharry<br>Senior Litigation Counsel<br>Geoffrey Forney<br>Senior Litigation Counsel<br>United States Department of Justice<br>Office of Immigration Litigation<br>450 5th Street, NW<br>Washington, DC 20001<br>Tel: (202) 532-4329<br>Attorneys for Defendants |

///

///

///

///

///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103302-001/2614704            2 of 3

**[PROPOSED] ORDER**

Based upon the Stipulation of the Parties and the representations contained therein that the matter has been fully and completely settled as to all Plaintiffs and all Defendants, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Complaint on file herein is dismissed, with prejudice, as to all claims and Parties.

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: March 27, 2015

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103302-001/2614704